```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF MASSACHUSETTS
```

| | |
|---|---|
| ADAM P., DAN PILACHOWSKI, ) <br> BRENDA PILACHOWSKI ) <br>       Plaintiffs ) <br> ) <br> vs. ) <br> ) <br> SOUTH HADLEY PUBLIC SCHOOLS, ) <br> CITY OF SOUTH HADLEY, ) <br>       Defendants ) <br> ) | CIVIL ACTION <br> **3:06-cv-30149-KPN** |

### PLAINTIFFS' MOTION TO DISMISS WITH PREJUDICE

NOW COME the Plaintiffs in the above-entitled matter and hereby move to Dismiss this matter with prejudice. The parties have reached an agreement that includes a complete resolution of all matters including a joint agreement to dismiss all related matters in Federal Court.

WHEREFORE, the Plaintiffs respectfully request that the motion to Dismiss with prejudice be allowed.

Dated: Nov. 28, 2006

                            Respectfully submitted,
                            The Plaintiffs,
                            By their Attorney

                            /S/BRYAN K. CLAUSON
                            Bryan K. Clauson, Esq.
                            95 State Street, Suite 701
                            Springfield, MA 01103
                            BBO# 645879
                            (413) 781-7611